**Order entered July 11, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00641-CV

### PETER PARK, SUE PARK AND MEGAN CHOI, Appellants

### V.

### NEW FALLS CORPORATION, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-05488

## ORDER

The clerk's record in this appeal reflects appellant Megan Choi has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, the Court will take no action at this time on appellants' June 29, 2022 motion to extend time to file notice of appeal and, for administrative purposes, **ABATES** and treats this cause as a closed case. It may be reinstated on motion by any party showing,

in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court.  *See id.* 8.3.

/s/    KEN MOLBERG
JUSTICE